## No. 9958.

### THE STATE EX REL. J. HUG ET AL. VS. R. C. DAVEY, RECORDER.

| 39 | 507 |
|-----|-----|
| 104 | 4 |

A suspensive appeal suspends the execution of the judgment complained of, but does not divest the court of jurisdiction over a controversy involving, not the identical, but a sim-ilar matter.

In such a case prohibition does not lie against the court.

APPLICATION for Prohibition.

*Belden & Armbruster* for the Relator.

The opinion of the Court was delivered by

BERMUDEZ, C. J. This is an application for a prohibition. The re-lators aver that they were prosecuted before the defendant on the 30th of March, 1887, for violation of ordinance 4798, A. S., prohibiting pri-vate markets within six squares of a public market, and that the recorder has no jurisdiction over the prosecutions, for the reason that they have taken suspensive appeals from judgments in similar prose-cutions, which are pending before this Court under No. 9935 of its docket.

The statement of the ground of complaint carries its refutation.

The appeals have suspended the execution of the judgments and cannot divest the recorder of jurisdiction over subsequent similar prosecutions.

Furthermore, the appeals to which reference is made have been decided, the judgments affirmed, and the rehearing asked refused.

Application refused.